**Not for Publication**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARC RODGER, | Civil Action No. 18-14526 (ES) (SCM) |
| Plaintiff, | |
| v. | ORDER |
| BIOMET, INC., et al. | |
| Defendants. | |

**SALAS, DISTRICT JUDGE**

This matter having come before the Court on Plaintiff Marc Rodger's ("Plaintiff") motion to remand (D.E. No. 12); and on April 15, 2019, the Honorable Steven C. Mannion, United States Magistrate Judge, having issued a Report and Recommendation (the "R&R") that the Undersigned grant Plaintiff's motion to remand (D.E. No. 29); and the Court having received no objections; and the Court having considered the parties' submissions and the R&R; and for the reasons stated in the R&R,

IT IS on this 7th day of May 2019,

**ORDERED** that the R&R (D.E. No. 29) is ADOPTED; and it is further

**ORDERED** that Plaintiff's motion to remand (D.E. No. 12) is GRANTED; and it is further

**ORDERED** that this matter be REMANDED to the Superior Court of New Jersey, Law Division, Bergen County; and it is further

**ORDERED** that the Clerk of Court CLOSE this case.

*s/Esther Salas*
**Esther Salas, U.S.D.J.**